IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: RMH Franchise Holdings, Inc., et al. | : |
| Debtors. | : |
| _____ | : |
| DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC, | : |
| Appellants, | : |
| v. | : C. A. No. 18-1557-MN |
| RMH FRANCHISE HOLDINGS, INC., NULNK, INC ., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC., | : |
| Appellees. | : |

## **RECOMMENDATION**

At Wilmington this **29**th day of **October, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel through a joint letter[1], to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, mediation at this

---

[1] Consistent with the Procedures to Govern Mediation for Appeals from the United States Bankruptcy Court dated September 11, 2012, the parties' joint letter was not docketed.

stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

In their joint response regarding mediation, the parties attached a proposed briefing schedule.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties' request, objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are not anticipated.

IT IS ORDERED that counsel shall file the stipulation and proposed order setting briefing schedule for review by Judge Maryellen Noreika, the District Court Judge assigned to this matter.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge