IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: RMH FRANCHISE HOLDINGS, INC., et al., <br><br> Debtors. <br> _____ <br><br> DINE BRANDS GLOBAL, INC., APPLEBEE'S RESTAURANTS LLC, and APPLEBEE'S FRANCHISOR LLC, <br><br> Appellants, <br><br> v. <br><br> RMH FRANCHISE HOLDINGS, INC., NULNK, INC., RMH ILLINOIS, LLC, RMH FRANCHISE CORP., and CONTEX RESTAURANTS, INC., <br><br> Appellees. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 18-1557 (MN) ) ) ) ) ) ) ) ) |

## ORDER

At Wilmington this 29th day of October, 2018, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 5);

IT IS HEREBY ORDERED that the recommendation is ADOPTED and the parties are directed to submit a proposed briefing schedule to the Court no later than November 28, 2018.

_____
The Honorable Maryellen Noreika
United States District Court